No. 940. REHMAN ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioners.

No. 942. MARKETLINES, INC. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Emanuel Redfield* for petitioner. *Solicitor General Griswold, Philip A. Loomis, Jr., Walter P. North* and *Jacob H. Stillman* for respondent.

No. 943. SKAGGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *W. Hays Pettry* for petitioner. *Solicitor General Griswold, Robert H. Marquis* and *James H. Eldridge* for the United States.

No. 947. SCHROEDER ET UX. *v.* BUSENHART ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *William R. Ming, Jr.,* for petitioners. *Albert E. Jenner, Jr., Philip W. Tone* and *Albert J. Horrell* for respondents Busenhart et al.

No. 948. HIGGINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Melvin M. Belli* and *John Y. Brown* for petitioner. *Solicitor General Griswold, S. Billingsley Hill* and *A. Donald Mileur* for the United States.

No. 951. SEANOR COAL CO. *v.* LEWIS ET AL., TRUSTEES. C. A. 3d Cir. Certiorari denied. *Nicholas Unkovic* for petitioner. *Welly K. Hopkins, Harold H. Bacon* and *M. E. Boiarsky* for respondents.